UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VLADIMIR GAGIC,

        Plaintiff,

     v.

FEDERAL BUREAU OF INVESTIGATION,

        Defendant.

Civil Action No. 25-2571 (CKK)

**JOINT STATUS REPORT**

By and through undersigned counsel, Plaintiff, Vladimir Gagic ("Plaintiff"), and Defendant, the Federal Bureau of Investigation ("Defendant"), respectfully submit this Joint Status Report pursuant to the Court's Minute Order dated March 20, 2026 in this Freedom of Information Act/Privacy Act ("FOIPA") case. The parties have conferred and report to the Court as follows.

JOINT REPORT:

1. Plaintiff filed his complaint on August 6, 2025 (ECF No. 1) and Defendant answered on December 1, 2025 (ECF No. 6). This matter involves Plaintiff's October 21, 2024 FOIA request seeking information related to the Defendant's Phoenix Field Office investigation into Plaintiff.

2. The parties respectfully request that they file the next Joint Status Report on May 19, 2026, to apprise the court of the status.

DEFENDANT'S SEPARATE REPORT:

3. Defendant has completed the search and has located approximately 637 pages and media potentially responsive to Plaintiff's request. Given the Defendant's workload and assignment to statutory duties, Defendant can review 250 pages per month and anticipates making its first

production by April 30, 2026.  Thereafter, Defendant will make rolling production on the last day of each month and complete the processing of documents by June 30, 2026.

4. Regarding the production of media records, Defendant informed Plaintiff through counsel on February 9, 2026 that, it has identified approximately 4 hours, 51 minutes of video that must be reviewed for responsiveness to Plaintiff's request. This is in addition to the approximately 637 pages of records. Defendant states that this amount of media requires lengthy review and the agency can only release video in 7.5 minute increments.

5. Plaintiff requested that Defendant provide a summary description of the media/video records so that Plaintiff may make an informed decision concerning any possible narrowing of his request concerning media/video records.

6. In response, Defendant states that it has reviewed the media and it consists of body worn camera footage taken on August 23, 2024 at Mr. Gagic's home when he was served a Superior Court of Arizona Injunction.  The remaining media was collected and analyzed during and in furtherance of an FBI investigation, thus no description of this information can be provided without releasing information exempt pursuant to the FOIA.  Plaintiff has been asked if he can narrow his request to eliminate the body camera footage.

PLAINTIFF'S SEPARATE REPORT:

7. Defendant asked Plaintiff on April 20, 2026 if Plaintiff can narrow his request to eliminate body camera footage.

8. Defendant states that this amount of media requires lengthy review and the agency can only release video in 7.5 minute increments.

9. Plaintiff requires a reasonable amount of time to evaluate Defendant's statements and proposals.

Dated:  April 20, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  _____*/s/ Thomas W. Duffey*_____
     THOMAS W. DUFFEY
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2510

*Attorneys for the United States of America*

*/s/ Wade McMullen*
Wade McMullen
DC Bar #90036075
1601 Connecticut Ave NW
Suite 800
Washington, DC 20009
(202) 649-0080
wademc@protonmail.com

*Counsel for Plaintiff*

*/s/ C. Peter Sorenson*
C. PETER SORENSON
D.C. Bar #438089
SORENSON LAW OFFICE
P.O. Box 10836
Eugene, OR 97440
Telephone: (541) 606-9173
peter@sorensonfoialaw.com

*Counsel for Plaintiff*

- 3 -